IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-0220-RN

| | |
|---|---|
| Nichole D. Grant,<br><br>        Plaintiff,<br><br>v.<br><br>Christopher Clark, DDS & Assoc. d/b/a<br>The Dental Center at Zebulon<br><br>        Defendant. | **Order** |

On March 4, 2015, Plaintiff Nichole D. Grant filed her Second Amended Complaint pursuant to the terms of the court's January 21, 2015 Scheduling Order. During the course of a March 5, 2015 hearing in this matter, the parties agreed that the filing of the Second Amended Complaint has mooted Grant's pending Motion for Entry of Default (D.E. 20) and the Motion to Dismiss (D.E. 31) filed by Defendant Dental Center at Zebulon and other individuals named in a prior version of the Complaint.

Therefore, it is ordered that Grant's Motion for Entry of Default and Defendants' Motion to Dismiss are both denied as moot.

Dated: March 5, 2015.

                                            */s/ Robert T. Numbers II*
                                          ROBERT T. NUMBERS, II
                                          UNITED STATES MAGISTRATE JUDGE